## JOHN C. HOM & ASSOCIATES, INC., Petitioner–Appellant,

v.

## COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.

### No. 13–72684.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2016.*

Filed March 24, 2016.

John C. Hom, John C. Hom & Associates, Inc., San Rafael, CA, for Petitioner–Appellant.

John A. Dudeck, Jr., Esquire, Jonathan S. Cohen, Gilbert Steven Rothenberg, Esquire, Deputy Assistant Attorney General, DOJ–U.S. Department of Justice, Robert R. Di Trolio, Esquire, Clerk, U.S. Tax Court, William J. Wilkins, Chief Counsel, Internal Revenue Service, Washington, DC, for Respondent–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, LEAVY, and CHRISTEN Circuit Judges.

MEMORANDUM **

John C. Hom & Associates, Inc., appeals pro se from the Tax Court's order dismissing its petition challenging assessed tax deficiencies for tax years 2005 through 2009. We have jurisdiction under 26 U.S.C. § 7482(a)(1). We dismiss this appeal because appellant, a corporation, must appear in court through an attorney. *See Licht v. Am. W. Airlines,* 40 F.3d 1058, 1059 (9th Cir.1994) ("Corporations and other unincorporated associations must appear in court through an attorney.").

Hom's motion for miscellaneous relief, filed on March 7, 2016, is denied.

Appellee's requests to strike portions of the excerpts of record, raised in its answering brief, are denied as unnecessary.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.